FILED

2019 MAY -8 PM 1: 26

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | |
| ) | 5:19 CR 287 |
| v. ) | CASE NO. |
| ) | Title 18, United States Code, |
| DANIEL M. HAREN, JR., ) | Sections 922(a)(6) and 924(a)(2) |
| ) | |
| Defendant. ) | JUDGE GAUGHAN |

COUNT 1
(False Statement During Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury charges:

1. On or about December 12, 2018, in the Northern District of Ohio, Eastern Division Defendant DANIEL M. HAREN, JR., in connection with the attempted acquisition of a firearm, to wit: a Carl Walther/Walther Arms, Model PPS M2 LE, 9mm pistol, bearing serial number AW5674, from Fin Feather Fur Outfitters, 4080 Belden Village Street Northwest, Canton, Ohio, 44718, a licensed dealer of firearms with the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Fin Feather Fur Outfitters, which statement was intended and likely to deceive Fun Feather Fur Outfitters, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that DANIEL M. HAREN, JR. represented on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, that he had not been convicted in any court of a misdemeanor crime of domestic violence when in fact he had been previously convicted of Domestic Violence, on or about January 6, 2017, in Case Number 2016-CRB-02817, in Massillon Municipal Court and

Domestic Violence, on or about January 6, 2017, in Case Number 2016-CRB-03130 in Massillon Municipal Court; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL.

Original document  - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.